June 11, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

MIGUEL ANGEL GONZALEZ GUILBOT AND CARLOS ALBERTO
GONZALEZ GUILBOT, Appellants

NO. 14-15-00334-CV                         V.

WILLIAM PAKALKA, FULBRIGHT & JAWAROSKI, L&T AMERICAN
CORPORATION, TG INTERAMERICA CORPORATION, FRANCEVILLE
INTERNATIONAL, INC., AND ARKHANGEL INTERNATIONAL, INC.,
Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on April 10, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Miguel Angel Gonzalez Guilbot and Carlos Alberto Gonzalez Guilbot.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.